# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIKE MELENDEZ, | ) | NO. CV 11-2904-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNKNOWN, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Request for Postponement or Extension," this action is dismissed without prejudice.

DATED: April 18, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE